DOE, *ex dem.* ABRAHAM BALDWIN and ZALMON BOOTH, *against* P. FOOT *et al.* Tenants in Possession.

<div style="margin-left:...">Sheriff having two writs of execution for and against the same parties, may extend upon the same parcel of land without specifying in his returns distinct boundaries.</div>

EJECTMENT for lands in *Cornwall.*

The only point worthy note in this cause is, that plaintiff adduced in evidence two writs of execution of equal date, both in favour of *Baldwin* and *Booth,* against *Samuel Benton,* levied by *John Chipman,* Esquire, Sheriff of *Addison* County, upon the land in question *jointly,* i. e. the return of the officer on each is, " To satisfy this and one other writ of execution between the same parties, I have extended on and caused to be appraised according to law, certain lands butted and bounded," &c.

The question made is, whether the sheriff should not have levied each writ separately, and on several parcels of land, describing in each return distinct boundaries.

By the Court.    The levy is correct.